United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH JACKSON,

      Petitioner,

    v.

ROBERT A. HOREL, warden,

      Respondent.
                                      /

No. C 07-1334 SI (pr)

**ORDER EXTENDING DEADLINES**

      Respondent has filed an ex parte application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Denise Yates, the court GRANTS respondent's application. (Docket # 10.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **August 17, 2007**. Petitioner must file and serve his traverse no later than **September 21, 2007**.

      Petitioner's in forma pauperis application is DISMISSED as moot because he paid the filing fee. (Docket # 9.)

      IT IS SO ORDERED.

DATED: June 21, 2007

                                                  SUSAN ILLSTON
                                          United States District Judge