UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACKSON,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT A. HOREL, warden,<br><br>    Respondent.<br>_____/ | No. C 07-1334 SI (pr)<br><br>**ORDER EXTENDING DEADLINE AND DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

Petitioner has filed an <u>ex parte</u> request for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's request. (Docket # 14.) Petitioner must file and serve his traverse no later than **November 9, 2007**.

Petitioner also has requested that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. <u>See</u> <u>Chaney v. Lewis</u>, 801 F.2d 1191, 1196 (9th Cir. 1986), <u>cert. denied</u>, 481 U.S. 1023 (1987). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. <u>See id.</u> Based on the materials in the court file, it does not appear that appointment of counsel is necessary in this action. The request for appointment of counsel is DENIED. (Docket # 15.)

IT IS SO ORDERED.

DATED: October 15, 2007

                                                         SUSAN ILLSTON<br>
                                      United States District Judge