**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACKSON, | No. C 07-1334 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT HOREL, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 31, 2009

_____
SUSAN ILLSTON
United States District Judge