UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACKSON, | No. C 07-1334 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| ROBERT HOREL, warden, | |
| Respondent. | |

Petitioner's application for an enlargement of time to file his notice of appeal and request for certificate of appealability is GRANTED. (Docket # 22.) Petitioner must file and serve his notice of appeal and request for certificate of appealability no later than **May 29, 2009**.

IT IS SO ORDERED.

DATED: May 11, 2009

SUSAN ILLSTON
United States District Judge