UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACKSON, | No. C 07-1334 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT HOREL, warden, | |
| Respondent. | |

Petitioner's application for a certificate of appealability is DISMISSED as unnecessary. (Docket # 24.) The petition challenges an administrative decision to deny parole, for which a petitioner does not need a certificate of appealability to appeal. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005). The clerk shall process the appeal.

IT IS SO ORDERED.

DATED: May 28, 2009

SUSAN ILLSTON
United States District Judge